United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-22-2236 |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 73.77.52.113 | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 9), this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 21st day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE